JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WOODLAND TRADING, INC., *etc., et al.*,<br><br>          Defendants. | Case No. CV09-07333 PA (CWx)<br><br>ORDER OF DISMISSAL |

# ORDER

Pursuant to the plaintiff Star Fabrics, Inc.'s Stipulation submitted herewith,

**IT IS HEREBY ORDERED** that that this action, in its entirety is dismissed, with prejudice, as to defendants Woodland Trading, Inc. and Ross Stores, Inc., with the foregoing parties to bear their respective attorneys' fees and costs.

Dated: May 4, 2010

_____
Honorable Percy Anderson
United States District Judge

Submitted jointly by:

THOMAS P. BLEAU, ESQ. (SBN: 152945)
GENNADY L. LEBEDEV, ESQ. (SBN: 179945)
BLEAU / FOX, A P.L.C.
Attorneys for Plaintiff
STAR FABRICS, INC.

David Martinez, Bar No. 193183
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Attorney for Defendants
WOODLAND TRADING, INC. and ROSS STORES, INC.